**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LARRY WAYNE JONES**
**ADC #70147** **PLAINTIFF**

**v.** **Case No. 5:15-cv-00306 KGB-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, *et al*.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Beth Deere (Dkt. No. 85). Plaintiff Larry Wayne Jones has filed objections (Dkt. No. 90). After careful review of the Recommended Disposition and the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Accordingly, the Court grants defendants' motions for summary judgment and dismisses with prejudice this case (Dkt. Nos. 62, 66). The Court denies all other pending motions as moot.

So ordered this 27th day of March, 2017.

Kristine G. Baker

Kristine G. Baker
United States District Judge