IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LARRY WAYNE JONES**
**ADC #70147**                                                                                     **PLAINTIFF**

**v.**            **Case No. 5:15-cv-00306 KGB-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al*.                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

So adjudged this 27th day of March, 2017.

*(signature)*
Kristine G. Baker
United States District Judge